**COMMONWEALTH of Pennsylvania**

v.

**Edward SISTRUNK, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 23, 1980.

Decided Jan. 27, 1981.

Reargument Denied March 13, 1981.

Louis Lipschitz, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Michelle Goldfarb, Asst. Dist. Atty., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

232

## ORDER

PER CURIAM:

The Order of the Court of Common Pleas of Philadelphia is affirmed.